1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
    the United States of America
7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,     )   Case No. 1:12-cr-00211 LJO/SKO
                                 )
12              Plaintiff,       )   **STIPULATION TO CONTINUE JUNE**
                                 )   **3, 2013 SENTENCING HEARING TO**
13       v.                      )   **JUNE 17, 2013; ORDER**
                                 )
14                               )   Date: June 17, 2013
   LANCE HOWARD MAYES,           )   Time: 8:15 a.m.
15                               )   Ctrm: 4
                                 )
16                               )   Hon. Lawrence J. O'Neill
                Defendant.       )
17 _____)

18

19      IT IS HEREBY STIPULATED by and between the parties hereto,

20 by and through their respective attorneys of record, that this

21 action's June 3, 2013 sentencing hearing be continued two weeks,

22 or until June 17, 2013.  All components of this stipulation and

23 proposed order include U.S. Probation's active participation and

24 concurrence.  The parties further stipulate that relevant

25 deadlines underlying the sentencing hearing be re-set as follows:

26

27 ─────────────────────────────────────────────────────────────────

28      **STIPULATION TO CONTINUE JUNE 3, 2013 SENTENCING HEARING TO JUNE 17, 2013;**
                              **[PROPOSED] ORDER**
                                    -1-

1. Supplemental Informal Objections to PSR - May 20, 2013;
2. U.S. Probation's Amendments to PSR, if any - June 3, 2013; and
3. Filing of Formal Objections/Sentencing Memo - June 10, 2013.

The parties base this stipulation on good cause. To explain, a legal issue exists regarding the application of a certain sentencing enhancement. Informal objections were timely submitted, followed by significant discussions between the U.S. Attorney's Office and U.S. Probation regarding this issue. As a result of these discussions, the undersigned counsel for the United States agrees with U.S. Probation's request that he prepare and submit supplemental informal objections. In light of staffing restrictions currently imposed on U.S. Probation, an extra two weeks is necessary to enable it to properly analyze this pending submission.

In light of the above, the undersigned counsel for the government contacted defense counsel's office, and as of yesterday evening learned that defendant concurs with this stipulated continuance.

For the above-stated reason, the requested continuance will conserve time and resources for the parties and the court by enabling it to approach sentencing armed with a thorough analysis by U.S. Probation and the parties of the issues underlying the

///
///
///

**STIPULATION TO CONTINUE JUNE 3, 2013 SENTENCING HEARING TO JUNE 17, 2013; [PROPOSED] ORDER**

-2-

same.

                                        BENJAMIN B. WAGNER
                                      United States Attorney

Dated: May 16, 2013          By: /s/ Brian W. Enos
                                      Brian W. Enos
                                      Assistant U.S. Attorney

                                      (As auth. 5/15/13)
Dated: May 16, 2013          By: /s/ Roger T. Nuttall
                                      Roger T. Nuttall
                                      Attorney for Defendant

                                      **ORDER**

IT IS SO ORDERED.

**Dated:   May 16, 2013**          /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

**STIPULATION TO CONTINUE JUNE 3, 2013 SENTENCING HEARING TO JUNE 17, 2013; [PROPOSED] ORDER**

-3-