HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LANCE HOWARD MAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE HOWARD MAYES,<br><br>Defendant. | Case No.  1:12-cr-00211-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date:   March 13, 2023<br>Time:  10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

     IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Brian Enos, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Lance Howard Mayes, that the Court may continue the sentencing hearing currently scheduled for February 21, 2023, at 10:00 a.m. to March 13, 2023, at 10:00 a.m. before the Honorable Jennifer L. Thurston.

     On January 27, 2023, Mr. Mayes admitted to Charges 1 and 2 of the petition, and the matter was set fort sentencing on February 21, 2023. On February 14, 2023, the probation officer filed a dispositional memorandum. The defense requires additional time to respond to the dispositional memorandum and requests a three-week continuance of the sentencing hearing. Counsel for the government and the probation officer have no objection to this request, and both are available for a hearing on March 13, 2023.

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 15, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
LANCE HOWARD MAYES

PHILIP A. TALBERT
United States Attorney

Dated: February 15, 2023

*/s/ Brian Enos*
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The sentencing hearing scheduled for February 21, 2023, at 10:00 a.m. is hereby continued to March 13, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **February 15, 2023**

UNITED STATES DISTRICT JUDGE